JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COVARSIA DILL, | ) | Case No. CV 11-4027-DDP (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN CASH, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 1, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE